UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BERNANRD LICHTER, :
:
                Plaintiff, :
: 19-cv-8782 (VSB)
    -against- :
: **ORDER**
:
EQUIFAX INFORMATION SERVICES, :
LLC and CHRYSLER CAPITAL LLC, :
:
               Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that this case has been settled, and that the settlement would dismiss the case as to all Defendants. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 25, 2019
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge